IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MARGARET HINZ, Personal Representative of the Estate of Maureen F. McGinley, | ) ) ) ) | Case No. 8:14CV121 |
| Plaintiff, | ) ) | |
| vs. | ) ) | **ORDER** |
| DOUGLAS COUNTY, NEBRASKA, and the DOUGLAS COUNTY ASSESSOR'S OFFICE, | ) ) ) ) | |
| Defendants. | ) | |

Upon notice of settlement given to the magistrate judge by Raymond R. Aranza, counsel for plaintiff,

**IT IS ORDERED:**

1. On or before **July 16, 2015,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to Chief District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. Pending deadlines are cancelled upon the representation that this case is settled.

Dated: June 16, 2015.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge